# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANTHONY TIPTON

NO. 2020 KW 0244

**MARCH 12, 2020**

---

In Re:   State of Louisiana, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 06-16-0468.

---

**BEFORE:   McDONALD, McCLENDON, AND CHUTZ, JJ.**

**WRIT DENIED.**

PMc
WRC

**McDonald, J.,** concurs.   I do not believe the trial court's ruling excluding the state's expert witness was an abuse of discretion.   However, exclusion of the witness is a drastic remedy and a better course of action would have been to deny the defendant's motion to exclude the witness and give the defendant a continuance if requested.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT